BALTER v. GENERAL ELECTRIC CO.

No. 322P97

Case below: 126 N.C.App. 634

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

BELLSOUTH TELECOMMUNICATIONS v. N.C. DEPT. OF REVENUE

No. 316P97

Case below: 126 N.C.App. 409

Petition by petitioner (Bellsouth) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

BRING v. N.C. STATE BAR

No. 355PA97

Case below: 126 N.C.App. 655

Motion by respondent (N.C. State Bar) to dismiss the appeal for lack of substantial constitutional question denied 4 September 1997. Petition by petitioner (Ellen Bring) for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1997.

COLDWELL BANKER ALAMANCE REALTY v. HUFFMAN

No. 226P97

Case below: 125 N.C.App. 742

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

COOPERATIVE WAREHOUSE, INC. v. CARDINAL CHEMICALS, INC.

No. 240P97

Case below: 126 N.C.App. 223

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997. Motion by defendant (Cardinal) to dismiss appeal for lack of substantial constitutional question allowed 4 September 1997.